UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALAA AL JABER, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 17-cv-12520-IT |
| | * | |
| WILLIAM BARR, U.S. Attorney | * | |
| General, et. al., | * | |
| | * | |
| Respondents. | * | |

ORDER OF DISMISSAL

August 2, 2019

TALWANI, D.J.

On July 31, 2019, Respondents submitted the Declaration of Deportation Officer Thomas D. Hartney [#57] reiterating that an immigration judge had granted Petitioner Deferral of Removal under the Convention Against Torture on May 30, 2018, and that Petitioner was released from ICE custody on June 29, 2018, on an Order of Supervision, and stating further that Petitioner is next required to report in-person to ICE on June 16, 2020, that Petitioner appears to be in full compliance with his Order of Supervision, and that based upon review of ICE records, that ICE is not currently seeking to terminate his grant of Deferral of Removal under the Convention Against Torture to Iraq and is not currently taking any action to seek an alternative country of removal for Petitioner to effectuate his order of removal from the United States.

Finding that the issues raised by Petitioner in his petition now appear to be moot as to Petitioner and that there is no longer a reasonable expectation that Petitioner personally would be subject to the challenged action in the future, the court finds inapplicable the "capable-of-

repetition, yet evading review" exception to the mootness doctrine. Accordingly, this case is dismissed without prejudice.

      IT IS SO ORDERED

Date: August 2, 2019                                   /s/ Indira Talwani_____
                                                        United States District Judge